# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 25 MM 2020

Respondent    :

v.    :

SADIYYAH YOUNG,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Application to File Petition for Allowance of Appeal Nunc Pro Tunc is DENIED.